Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Plaintiff Fair Wind (Europe) SA
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone:   (646) 329-0120
Facsimile:   (646) 328-0121
William R. Bennett, III (WB 1383)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FAIR WIND (EUROPE) SA,

                                   Plaintiff,

       - against -

CHINA NATIONAL CHARTERING CORP.
d/b/a SINOCHART,

                                   Defendant.
------------------------------------------------------------X

08-CV-

**AFFIDAVIT UNDER
SUPPLEMENTAL RULE B**

STATE OF NEW YORK    )
                              : ss.:
COUNTY OF NEW YORK  )

WILLIAM R. BENNETT, III being duly sworn, deposes and says:

1.    I am a member of the Bar of this Honorable Court and a member of the firm of Bennett, Giuliano, McDonnell & Perrone, LLP, attorneys for the plaintiff herein. I am familiar with the circumstances of the Verified Complaint filed in this action and the underlying cause of action.

2.    This affidavit is made pursuant to Supplemental Rule B (1) of the Federal Rules of Civil Procedure.

3.    Deponent has made a careful investigation and deponent is informed and believes that defendants have no office or place of business within this district and that defendants cannot be found within this district. The investigation included the following:

4. Deponent checked the Yellow Pages, did a website search, and contacted Verizon Directory Inquiries (555-1212) and was advised that there was no listing for defendant within this district.

5. Deponent contacted New York Secretary of State, Division of Corporations and was advised that the defendants are not incorporated in New York, nor are they licensed or authorized to do business in the State of New York, and that there is no listing for defendants whatsoever.

_____
WILLIAM R. BENNETT, III

Sworn to before me this
28th day of July, 2008

_____
Notary Public

JEFFREY R. KRANTZ
Notary Public, State of New York
No. 02KR6128569
Qualified in New York County
Commission Expires June 13, 2009

Z:\Casework\D Cases\D855 Fair Wind SA\Pleadings\AffRule4.072408

2