Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Plaintiff Fair Wind (Europe) SA
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone:   (646) 329-0120
Facsimile:    (646) 328-0121
William R. Bennett, III (WB 1383)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FAIR WIND (EUROPE) SA,

                                                           08-CV-

                Plaintiff,

      - against -                                    **AFFIDAVIT IN SUPPORT**
                                                           **OF SERVICES OF PROCESS**

CHINA NATIONAL CHARTERING CORP.
d/b/a SINOCHART,

                Defendant.
------------------------------------------------------------X

STATE OF NEW YORK    )
                              : ss.:
COUNTY OF NEW YORK  )

        WILLIAM R. BENNETT, III being duly sworn, deposes and says:

        1.    I am a member of the Bar of this Honorable Court and an associate at the firm of Bennett, Giuliano, McDonnell & Perrone, LLP, attorneys for the plaintiff herein.

        2.    I respectfully request that the Court appoint myself or any other person appointed by Bennett, Giuliano, McDonnell & Perrone, LLP, who is over 18 years of age and is not a party to this action, to serve Process of Maritime Attachment on garnishees.

        3.    Deponent has learned that the office of the United States Marshal has a manpower shortage and the inability of that office to effect service of process on a few hours notice. Further, it is common practice that admiralty attorneys be permitted to serve process of Maritime Attachment on garnishees.

4.  In view of the deficiency of manpower in the U.S. Marshal's office, the necessity of immediate service, and the commonplace native of this request, plaintiff respectfully requested that the aforementioned person, or any other person appointed by Bennett, Giuliano, McDonnell & Perrone, LLP, be appointed to effect such service. Such appointment will result in a substantial saving of travel fees and other fees to the U.S. Marshal.

_____
WILLIAM R. BENNETT, III

Sworn to before me this
28th day of July, 2008

_____
Notary Public

JEFFREY R. KRANTZ
Notary Public, State of New York
No. 02KR6128569
Qualified in New York County
Commission Expires June 13, 2009

Z:\Casework\D Cases\0853 Fair Wind\FW\Pleadings\AffdSuppSvcsProc-072408